# LAW OFFICE OF
# MICHAEL K. BACHRACH
276 FIFTH AVENUE, SUITE 501
NEW YORK, N.Y. 10001
\---------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *      http://www.mbachlaw.com
* admitted in N.Y., MN and D.C.     michael@mbachlaw.com

January 24, 2020

By ECF

The Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



*Re: United States v. Deborah Jackson,*
*17 Cr. 168 (KPF) (SDNY)*

Dear Judge Failla:

    I represent Defendant Deborah Jackson in the above-referenced matter and write to respectfully request a modification of the conditions of Ms. Jackson's supervised release. Specifically, the defendant requests permission to travel from New York City to Montego Bay, Jamaica, on June 5, 2020, returning on June 9, 2020. The purpose of the travel is to attend the wedding of her half-sister, Teresa Macon.

    I have spoken with P.O. Giavonnii Foderingham and she has informed me that the Probation Department has no objection to this request. I have also spoken with Assistant United States Attorney Jacob Warren who has informed me that the Government likewise has no objection.

    Accordingly, the undersigned respectfully requests that Defendant Deborah Jackson's conditions of supervised release be modified as described above.

    As always, thank you for your time and consideration.

                                  Respectfully submitted,

                                  Michael K. Bachrach
                                  *Attorney for Defendant Deborah Jackson*

cc:    AUSA Jacob Warren (by ECF)
        U.S. Probation Officer Giavonnii Foderingham (by email)

Application GRANTED.  Defendant Deborah Jackson is permitted to travel from New York City to Montego Bay, Jamaica, departing on June 5, 2020, and returning on June 9, 2020.

Dated:    January 27, 2020        SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE